LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
JAVIER AGUILERA ROSAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAVIER AGUILERA ROSAS,<br><br>  Defendant. | Case No.: 2:24-MJ-0082-AC<br><br>STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF PRE-TRIAL SUPERVISION |

   Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney NICOLE MOODY, and defendant JAVIER AGUILERA ROSAS, both individually and by and through his counsel of record, Michael Heumann, hereby stipulate as follows:

   1. On July 11, 2024, Mr. Rosas was released on an unsecured bond of $75,000 and conditions as recommended by pretrial supervision, including location monitoring.

   2. The location monitoring condition includes incorrect language requiring voice

1

identification software and a residential phone line.

3. The amended conditions attached as Exhibit A contain the correct language regarding location monitoring in paragraph 12.

DATED:  June 26, 2024                                    /s/ Michael Heumann
                                                                        MICHAEL HEUMANN
                                                                        Attorney for Defendant
                                                                        JAVIER AGUILERA ROSAS

DATED:  June 26, 2024                                    PHILLIP A. TALBERT
                                                                        United States Attorney

                                                                        /s/ Nicole Moody
                                                                        NICOLE MOODY
                                                                        Assistant United States Attorney

# EXHIBIT A

```
LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
JAVIER AGUILERA ROSAS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAVIER AGUILERA ROSAS,<br><br>    Defendant. | Case No.: 2:24-MJ-0082-AC<br><br>ORDER MODIFYING CONDITIONS OF PRE-TRIAL SUPERVISION |

The Court has read and considered the Stipulation for Modification of Conditions of Pre-Trial Supervision, filed by the parties in this matter on July 17, 2024. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause to adopt the amended conditions of pre-trial supervision contained in Exhibit A.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The amended conditions of pre-trial supervision contained in Exhibit A are adopted.
IT IS SO ORDERED.

Dated:  July 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4

**AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Rosas, Javier Aguilera
No.: 2:24-MJ-00082-AC
Date:July 16, 2024

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond will be delayed until Friday, July 12, 2024, at 9:00 AM to have the location monitoring equipment installed;

3. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You must cooperate in the collection of a DNA sample;

6. You must restrict your travel to **Eastern District of California (for court purposes) and Central District of California** unless otherwise approved in advance by the pretrial services officer;

7. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

9. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

12. *You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;*

13. **CURFEW:** You must remain inside your residence every day from **8:00 pm to 6:00 am**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations; and

14. You must not use or possess any identification, mail matter, access device or any identification-related material other than in your own legal or true name.