PHILLIP A. TALBERT
United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER AGUILERA ROSAS,<br><br>Defendant. | CASE NO. 2:24-CR-00237-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 25, 2024<br>TIME: 10 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 25, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **February 10, 2025 at 10:00 a.m.**, and to exclude time between November 25, 2024, and February 10, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented the discovery associated with this case includes investigative reports and related documents in electronic form, including 100s of pages of documents. All of this discovery has been produced directly to counsel.

    b) Additional discovery regarding a recent phone extract is in the process of being

produced directly to counsel.

        c)        Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions with his client, and otherwise prepare for trial.

        d)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)        The government does not object to the continuance.

        f)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 25, 2024 to February 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 20, 2024                          PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ NICOLE MOODY
                                                     NICOLE MOODY
                                                     Special Assistant United States Attorney

Dated: November 20, 2024

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
Javier Aguilera Rosas

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE