LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
JAVIER AGUILERA ROSAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAVIER AGUILERA ROSAS,<br><br>  Defendant. | Case No.: 2:24-CR-237-WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF CONDITIONS OF PRE-TRIAL SUPERVISION |

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney NICOLE MOODY, and defendant JAVIER AGUILERA ROSAS, both individually and by and through his counsel of record, Michael Heumann, hereby stipulate as follows:

1. On July 11, 2024, Mr. Rosas was released on an unsecured bond of $75,000 and conditions as recommended by pretrial supervision, including location monitoring.

2. Pretrial Services has been satisfied with Mr. Rosas' performance for the past 9 months.

1

3. Mr. Rosas has been limited in his ability to work as a result of the curfew and location monitoring condition because he works driving a truck, and would be able to work more if he were not limited by the curfew and geographical constraints of the location monitoring.

4. Pretrial Services and the United States are not opposed to removal of the location monitoring condition and curfew for Mr. Rosas.

5. The amended conditions attached as Exhibit A contain the proposed language from Pretrial Services which has been approved by the parties.

DATED:  March 18, 2025                               /s/ Michael Heumann
                                                              MICHAEL HEUMANN
                                                              Attorney for Defendant
                                                              JAVIER AGUILERA ROSAS

DATED:  March 18, 2025                               Michelle Beckwith
                                                               Acting United States Attorney

                                                               /s/ Nicole Moody
                                                               NICOLE MOODY
                                                               Assistant United States Attorney

LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
JAVIER AGUILERA ROSAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER AGUILERA ROSAS,<br><br>Defendant. | Case No.: 2:24-CR-237 WBS<br><br>[PROPOSED] ORDER MODIFYING CONDITIONS OF PRE-TRIAL SUPERVISION |

  The Court has read and considered the Stipulation for Modification of Conditions of Pre-Trial Supervision, filed by the parties in this matter on March 13, 2025. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause to adopt the amended conditions of pre-trial supervision contained in Exhibit A.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The amended conditions of pre-trial supervision contained in Exhibit A are adopted.

IT IS SO ORDERED.

DATED: March 19, 2025

                _____
                ALLISON CLAIRE
                UNITED STATES MAGISTRATE JUDGE